**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00893-CV

**REFUGIO GOMEZ, ET AL., Appellants**

**V.**

**LY SOL, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-06613-D**

## ORDER

We **GRANT** appellants' November 24, 2014 motion for a second extension of time to file brief and **ORDER** the brief be filed no later than December 29, 2014. No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
       JUSTICE